IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PATRICIA R. FRITCHIE,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

4:12CV3114

AMENDED PROGRESSION ORDER

       The parties' Joint Motion for Extension of the Final Progression Order (Filing No. 17) is granted and,

       IT IS ORDERED that the progression order is amended as follows:

1)    The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **November 18, 2013**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.

2)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge in chambers on **November 5, 2013** at **9:00 a.m.** The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 4, 2013.

3)    A telephonic conference with the undersigned magistrate judge will be held on **August 12, 2013** at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4)    The deadline for moving to amend pleadings or add parties is May 15, 2013.

5)    The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is August 16, 2013. Motions to compel Rule 33 through 36 discovery must be filed by August 1, 2013.

6)    The deadlines for identifying expert witnesses expected to testify at the trial are:
        For the plaintiff(s):        July 1, 2013.
        For the defendant(s):       August 2, 2013.

7) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s): July 1, 2013
    For the defendant(s): August 2, 2013

8) The deposition deadline is September 30, 2013.

9) The deadline for filing motions to dismiss and motions for summary judgment is August 14, 2013.

10) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 14, 2013.

11) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

March 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge