IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA R. FRITCHIE,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | 4:12CV3114<br><br>**THIRD**<br>**AMENDED PROGRESSION ORDER** |

The Joint Motion for Extension for Further Extension of the Final Progression Order (filing no. 32) is granted and,

IT IS ORDERED that the amended progression order is as follows:

1) The non-jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska at 9:00 a.m. on **March 3, 2014**, or as soon thereafter as the case may be called, for a duration of three (3) trial days.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **February 18, 2014** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on February 17, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **November 5, 2013** at **11:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is November 15, 2013. Motions to compel Rule 33 through 36 discovery must be filed by November 1, 2013.

2

5) The deadlines for identifying expert witnesses expected to testify at the trial are:

    For the plaintiff(s): October 4, 2013.
    For the defendant(s): November 4, 2013.

6) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s): October 4, 2013
    For the defendant(s): November 4, 2013

7) The deposition deadline is December 30, 2013.

8) The deadline for filing motions to dismiss and motions for summary judgment is November 15, 2013.

9) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 15, 2013.

10) **No additional extensions will be granted absent a substantial showing of good cause**.

August 20, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge